UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN THE MATTER OF THE
COMPLAINT OF NATIONAL
AUDUBON SOCIETY AS
OWNER AND OPERATOR OF
ONE 2001 TRIUMPH MODEL
170C MOTOR VESSEL POWERED
BY A YAMAHA 80 HORSEPOWER
OUTBOARD ENGINE FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY.

Civil No. 03-6116 (RHK/AJB)

**ORDER OF DISMISSAL
WITH PREJUDICE
AND ORDER FOR JUDGMENT**

---

Pursuant to the Stipulation of Dismissal With Prejudice executed by and between counsel for the parties, **IT IS HEREBY ORDERED**, that the above-captioned action, including counterclaims, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 7, 2005        s/Richard H. Kyle
                           RICHARD H. KYLE
                           United States District Judge